**FILED**
September 21, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____J. Barker_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| KEVAN FLORES and EVELYN MUNGIA, As Next Friend of I.M., Minor Child<br><br>Plaintiffs,<br><br>VS.<br><br>BOB MILLS FURNITURE CO. OF TEXAS LP A/K/A BOB MILLS FURNITURE, BMF TEXAS GP HOLDINGS, LLC, WILSHIRE FURNITURE GROUP, LLC, SPEEDY DELIVERY, LLC and FURNITURE INDUSTRY SERVICE, INC.,<br><br>Defendants. | CAUSE NO. **7:22-cv-00205** |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendants BOB MILLS FURNITURE CO. OF TEXAS LP A/K/A BOB MILLS FURNITURE, BMF TEXAS LP HOLDINGS, LLC and BMF TEXAS GP HOLDINGS, LLC, and, in accordance with Local Rules 3.1(f) and 7.4, submit the following Certificate of Interested Persons showing a listing of persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which, to Defendant's knowledge, are financially interested in the outcome of this case:

1. Kevan Flores
   Evelyn Mungia, as Next Friend of L.M., Minor Child
   *Plaintiffs*

2. Bob Mills Furniture Co. of Texas, LP a/k/a Bob Mills Furniture
   *Defendant*

3.     BMF Texas GP Holdings, LLC
   *Defendant*

4.     BMF Texas LP Holdings, LLC
   *Defendant*

5.     Wilshire Furniture Group, LLC
   *Defendant*

6.     Speedy Delivery, LLC
   *Defendant*

7.     Furniture Industry Service, Inc.
   *Defendant*

8.     Misty Borland Phiffer
   Borland Phiffer Law PLLC
   708 W. Scharbauer Dr, Suite 5A
   Midland, TX 79705
   law@911bplaw.com
   *Attorneys for all Plaintiff*

9.     Collin J. Wynne
   cwynne@pf-lawfirm.com
   Rhett J. Hubbard
   rhett@fphlawfirm.com
   Farris Parker & Hubbard
   P. O. Box 9620
   Amarillo, TX  79105-9620
   806-374-5317; FAX:  806-372-2107
   *Attorneys for Defendants*

 

Respectfully submitted,

FARRIS PARKER & HUBBARD
A Professional Corporation
P. O. Box 9620
Amarillo, TX 79105-9620
(806) 374-5317; FAX:  372-2107
rhett@fphlawfirm.com
cwynne@pf-lawfirm.com

By   */s/ Collin J. Wynne*
      Rhett J. Hubbard, SB# 24032315
      Collin J. Wynne; SB# 24068815
      *ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 21, 2022, I electronically filed the foregoing document with the Clerk of the above-named court, using the electronic case filing system of the court. Pursuant to Rule 21a of the Texas Rules of Civil Procedure, the following attorneys of record were served electronically:

Misty Borland Phiffer
Borland Phiffer Law PLLC
708 W. Scharbauer Dr, Suite 5A
Midland, TX 79705
law@911bplaw.com

                                          */s/ Collin J. Wynne*
                                        Rhett J. Hubbard
                                        Collin J. Wynne