

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| **PHILIP J. DEVLIN**<br>**CLERK OF COURT** | **WESTERN DISTRICT OF TEXAS**<br>200 E. Wall Street, Suite 222<br>Midland, TX 79701 | **ANNETTE FRENCH**<br>**CHIEF DEPUTY** |

September 22, 2022

**Misty Borland Phiffer**
Borland Phiffer Law PLLC
708 W. Scharbauer Dr, Suite 5A
Midland, Texas 79705

      **Re:**    **Cause No. 7:22-CV-00205-DC-RCG– Flores et al v. Bob Mills Furniture Co. et al**

Dear Counsel:

Our records indicate that you are not admitted to practice in the Western District of Texas. Although you applied for admission, our records reflect an expunged status, and you must apply for readmission. Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

Pursuant to Local Court Rule AT-2, if you are an attorney residing outside the Western District of Texas, the court may require you to designate local counsel in this case.

Please submit a Motion to Appear Pro Hac Vice requesting the Court's permission to appear in the above-captioned cause, along with a $100 filing fee. Applications for permanent admission to the bar and Local Court Rules for the Western District of Texas are available on our website at www.txwd.uscourts.gov.

**Please be advised that the Clerk no longer automatically adds non-admitted attorneys to a case. Thus, non-admitted attorneys will not receive orders or notices (which may include deadlines, hearing dates, etc.) filed in their case. The Clerk will only add said attorneys to the case upon the granting of a Motion to Appear pro hac vice.**

Sincerely,

_____
Deputy Clerk